# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LEA WAGENSTEIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CIGNA LIFE INSURANCE COMPANY, a corporation; DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:17-cv-06386 R (SSx)<br><br>**JUDGMENT** |

This Court conducted a bench trial on June 26, 2018. Plaintiff Lea Wagenstein ("Wagenstein") was represented by Charles J. Fleishman. Defendant Life Insurance Company of North America ("LINA"), sued as CIGNA Life Insurance Company, was represented by Daniel W. Maguire. The Court reviewed the Administrative Record *de novo* and considered all evidence properly before it, the oral argument of counsel, and all other matters presented before this Court. On July 11, 2018, this Court entered its Order Denying Disability Benefits ("Order"), finding that Plaintiff was not entitled to long-term disability benefits after May 24, 2017 as claimed in her Complaint.

IT IS ORDERED, ADJUDGED AND DECREED:

1. Judgment is entered in favor of Defendant LINA and against Plaintiff Wagenstein in accordance with the Order;

2. Plaintiff shall take nothing by way of her Complaint filed on August 29, 2017;

3. Plaintiff is entitled to no relief under ERISA, 29 U.S.C. § 1132 or otherwise; and

4. The action is hereby dismissed with prejudice.

In accordance with Rules 58 and 79(a) of the Federal Rules of Civil Procedure, Judgment is entered in favor of Defendant LINA and against Plaintiff Wagenstein consistent herewith, as of the date the Clerk notates this Judgment in the civil docket.

DATED: July 19, 2018 _____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Submitted by:

Burke, Williams & Sorensen, LLP

By: *s/ Daniel W. Maguire*
    Daniel W. Maguire
    Nancy Jerian Marr
    Attorneys for Defendant
    Life Insurance Company of North America